**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
emhlaw@aol.com
**TELEPHONE: 559-248-0900**
**FACSIMILE:   559-248-0901**

Attorney for Defendant, PHALLY THACH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   ) | Case No.: 1:13-CR-00136 |
| ) | |
| Plaintiff,   ) | **STIPULATION TO CONTINUE** |
| ) | **CURRENTLY SET SENTENCING DATE** |
| V.   ) | |
| ) | |
| PHALLY THACH,   ) | |
| ) | |
| Defendant.   ) | |
| _____ ) | |

  It is agreed by all parties that the Defendant's currently set Sentencing date of April 7, 2014 be continued to April 28, 2014.

  The justification for such a continuance is that the probation interview occurred later than it should have due to the schedule of E. Marshall Hodgkins being in a criminal trial.

  It is so stipulated and agreed.

Date: 2/27/14                 /s/ Grant B. Rabenn_____
                      **GRANT B. RABENN,**
                      **Representing the**
                      **United States of America**

Date: 2/27/14                                              /s/ E. Marshall Hodgkins
                                                                            **E. Marshall Hodgkins,**
                                                                            **Attorney of Record for**
                                                                            **Defendant PHALLY THACH**

IT IS SO ORDERED.

Dated:   February 27, 2014                      _____
                                                                    SENIOR DISTRICT JUDGE