**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
emhlaw@aol.com
**TELEPHONE:  559-248-0900**
**FACSIMILE:    559-248-0901**

Attorney for Defendant, PHALLY THACH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: 1:13-CR-00136 |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **CURRENTLY SET SENTENCING DATE** |
| V. ) | |
| ) | |
| PHALLY THACH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is agreed by all parties that the Defendant's currently set Sentencing date of April 7, 2014 be continued to April 28, 2014.

The justification for such a continuance is that the probation interview occurred later than it should have due to the schedule of E. Marshall Hodgkins being in a criminal trial.

It is so stipulated and agreed.

Date: 2/27/14                                                       /s/ Grant B. Rabenn
                                                                    **GRANT B. RABENN,**
                                                                    **Representing the**
                                                                    **United States of America**

1

Date: 2/27/14                                     /s/ E. Marshall Hodgkins
                                              **E. Marshall Hodgkins,**
                                              **Attorney of Record for**
                                              **Defendant PHALLY THACH**

IT IS SO ORDERED.

Dated:   February 27, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE